Della Bardin, Appellant, v. Martha Annie Salisbury and Others, Respondents.— Judgment unanimously affirmed, with costs to defendants Johnston. All concurred; Howard, J., not sitting.

Robert Cartwright, Respondent, v. Frank H. McKinnon, as Administrator, etc., Appellant.— Judgment modified by striking therefrom recovery of costs, as not authorized by sections 1835 and 1836 of the Code of Civil Procedure, and as so modified affirmed, without costs. All concurred.

The County of Hamilton, N. Y., by Frank E. Tiffany, Chairman, and Others, Constituting Its Board of Supervisors, Appellant, v. Peter Ryan and Charles E. Fox, Respondents.— Order unanimously affirmed, with costs.

Bentley Dustin, Respondent, v. Michael J. Crowley, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.